AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 0 1 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JULIO OLVERA-LOPEZ

V.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 10CV0311-GT

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Petition to Vacate under 28 USC 2255 is denied.

| September 1, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | K. Ridgeway |
| | (By) Deputy Clerk |
| | ENTERED ON September 1, 2011 |

10CV0311-GT